I would hold that the Lollars did not present substantial evidence of negligence. *Page 907 
Eddie Poe presented his own affidavit, wherein he stated that he kept the horse in a pasture enclosed by a fence that he kept in good repair and that he had no idea how the horse had escaped the pasture on the day of the accident. He further stated that, immediately following the accident, he inspected the fence and found that both gates were closed and secured and that there were no breaks in the fence.
The Lollars presented no substantial evidence to rebut the Poes' prima facie showing that on the day of the accident the pasture fences and gates were locked and in good repair and that the Poes had taken all reasonable precautions to prevent their animals from breaking out of the pasture. In view of this, I would affirm the summary judgment for the Poes.
MADDOX, J., concurs.